IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br><br>vs.<br><br>ABBY OSBORN, et al.,<br><br>Defendants. | 4:20CV3118<br><br>**ORDER NUNC PRO TUNC** |

Pursuant to the court's Memorandum and Order entered on January 12, 2021 (Filing 43),

IT IS ORDERED that Plaintiff's motion for DNA testing (Filing 9) is denied.[1]

Dated this 13th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] An intended reference to this motion (Filing 9) in paragraph 6 of the order in Filing 43 was inadvertently omitted.