IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, | 4:20CV3118 |
| Plaintiff, | |
| vs. | ORDER |
| ABBY OSBORN, et al., | |
| Defendants. | |

IT IS ORDERED that Plaintiff's motion for miscellaneous relief (Filing 146) is denied in all respects.

Dated this 1st day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge